UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALONZO JAMICHAEL SEVERSON,

    Plaintiff,

v.

APPLE INC. *et al.*,

    Defendants.

Case No. C25-990-TL

ORDER

Having reviewed Plaintiff's application to proceed *in forma pauperis* ("IFP"), the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's application to proceed IFP (dkt. # 1) is DENIED. Plaintiff is directed to pay the $405.00 filing fee within **thirty (30) days** of this Order. If Plaintiff fails to do so, the Clerk is directed to close the case.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 7th day of July, 2025.

Tana Lin
United States District Judge

ORDER - 1